B 25C (Official Form 25C) (12-08)

# UNITED STATES BANKRUPTCY COURT

### District of Wyoming

In re _T + S Restaurants._
Debtor
_DBA Subways of Cody WY_

Case No. _13-20436_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _MAY 2013_

Date filed: _5/8/13_

Line of Business: _Restaurant_

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

_KATHERINE SAVAGE_
Printed Name of Responsible Party

| | Questionnaire: (All questions to be answered on behalf of the debtor.) | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ✓ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ✓ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ✓ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ✓ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ✓ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ✓ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ✓ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ✓ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ✓ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ✓ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ✓ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☑   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 62,783.00

SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ 1326.19

Cash on Hand at End of Month   $ 1615.55

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 52,987.74

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 62,783.00

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 52,987.74

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ 9795.92

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT)*

940/941 PAYROLL TAX - Waiting for EFT   TOTAL PAYABLES $ 3287.26

*(Exhibit D)* PIN to pay

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT)*

TOTAL RECEIVABLES $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   13

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   12

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?   $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?   $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?   $ 0

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|                | Projected   | Actual        | Difference   |
|----------------|-------------|---------------|--------------|
| INCOME         | $ 58,900    | $ 62,783.66   | $ 3883.66    |
| EXPENSES       | $ 47,430    | $ 52,987.74   | $ 5557.74    |
| CASH PROFIT    | $ 11,470    | $ 9795.92     | $ 1675       |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:          $ 102,706

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:        $ 81,668

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:     $ 21,038

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

4:38 PM
06/19/13
Accrual Basis

**Subways of Cody Wyoming**
**Balance Sheet**
As of May 31, 2013

|  | May 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Pinnacle | 1,015.55 |
| **Total Checking/Savings** | 1,015.55 |
| **Total Current Assets** | 1,015.55 |
| **TOTAL ASSETS** | 1,015.55 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Payroll Liabilities | 3,679.60 |
| **Total Other Current Liabilities** | 3,679.60 |
| **Total Current Liabilities** | 3,679.60 |
| **Total Liabilities** | 3,679.60 |
| **Equity** | |
| Partner Draw A Torgerson | -3,338.94 |
| Partner Draw J Torgerson | -5,123.24 |
| Partner Draw K Savage | -6,153.41 |
| Net Income | 11,961.54 |
| **Total Equity** | -2,654.05 |
| **TOTAL LIABILITIES & EQUITY** | 1,015.55 |

4:41 PM

06/19/13

Accrual Basis

# Subways of Cody Wyoming
# Profit & Loss
## May 8 - 31, 2013

| | May 8 - 31, 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Food Sales | 62,783.66 |
| **Total Income** | 62,783.66 |
| **Cost of Goods Sold** | |
| Food Purchases | 23,382.05 |
| Merchant Account Fees | 62.04 |
| Restaurant Supplies | 653.52 |
| **Total COGS** | 24,097.61 |
| **Gross Profit** | 38,686.05 |
| **Expense** | |
| Attorney Fees | 1,000.00 |
| Bank Service Charges | 217.44 |
| Beverage Purchase | 471.92 |
| Business Licenses and Permits | 200.00 |
| Computer Expenses | 207.95 |
| Donation | 5.00 |
| Loan Payment | 0.00 |
| Payroll Expenses | 17,380.51 |
| Postal Fees | 14.10 |
| Professional Fees | 191.49 |
| Rent Expense | 1,600.00 |
| Repairs and Maintenance | 23.46 |
| Royalties/FAF | 7,578.18 |
| **Total Expense** | 28,890.13 |
| **Net Ordinary Income** | 9,795.92 |
| **Net Income** | 9,795.92 |

Page 1

```
PINNACLE BANK                           016 00006 03              PAGE:    1
PO BOX 147                              ACCOUNT:        XXXXXX5701 05/31/2013
FORT LUPTON CO 80621-0147               DOCUMENTS:            24
```

TELEPHONE:111-111-1111

```
          SUBWAYS OF CODY WYOMING
          DEBTOR IN POSSESSION #13-20436                    30
          13 STONE SHEEP CIRCLE                             10
          POWELL WY  82435                                  14
```

```
PINNACLE BANK
PO BOX 218                              TELEPHONE:307-527-7186
CODY, WY 82414-0218
```

Pinnacle Bank's Cash Management Services and Technology Products are
designed to help your business control, concentrate, distribute and
invest funds in the most effective way possible. Our customized business
tools include online banking, online bill pay, electronic statements,
merchant processing, remote deposit capture and positive pay.
Contact your local branch to learn more about these or any of our
convenient and secure cash management services.

## PINNBUSINESS ACCOUNT XXXXXX5701

```
MINIMUM BALANCE              31.07     LAST STATEMENT 05/13/13            .00
AVG AVAILABLE BALANCE     2,097.98      13 CREDITS                  26,759.70
                                        39 DEBITS                   24,553.41
                               THIS STATEMENT 05/31/13               2,206.29
```

- - - - - - - - DEPOSITS - - - - - - - -

| REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT |
|---|---|---|
| 05/13    2,291.93 | 05/20    1,910.48 | 05/28    4,267.62 |
| 05/15    2,263.90 | 05/21    2,653.72 | 05/31    1,543.00 |
| 05/17    2,182.83 | 05/24    4,645.87 | 05/31    2,085.35 |

- - - - - - - OTHER CREDITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| DEPOSIT CORRECTION CREDIT | 05/13 | 13.00 |
| 059918 PINNBANK TRANSFER FROM PINNBUSINESS          801 ON  5/22/13 AT 8:21 | 05/22 | 1,015.00 |
| 374843 PINNBANK TRANSFER FROM PINNBUSINESS          801 ON  5/29/13 AT 9:02 | 05/29 | 800.00 |
| 767169 PINNBANK TRANSFER FROM PINNBUSINESS          801 ON  5/30/13 AT 10:07 | 05/30 | 1,097.00 |

* * * C O N T I N U E D * * *

PINNACLE BANK
PO BOX 147
FORT LUPTON CO 80621-0147

016 00006 03
ACCOUNT:                           XXXXXX5701
DOCUMENTS:                              24

PAGE:    2
05/31/2013

TELEPHONE:111-111-1111

SUBWAYS OF CODY WYOMING
DEBTOR IN POSSESSION #13-20436

PINNBUSINESS ACCOUNT XXXXXX5701

- - - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE.....AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE.....AMOUNT |
|---|---|---|
| *05/16    1,600.00 | 1002*05/29    906.21 | 1009 05/29    511.54 |
| *05/17     172.54 | 1004 05/29    693.50 | 1010*05/28    680.36 |
| *05/17     221.66 | 1005*05/30    384.63 | 1012*05/28    805.25 |
| 1000 05/29    579.67 | 1007 05/29    333.87 | 1014 05/28    471.76 |
| 1001 05/29    329.58 | 1008 05/29    694.00 | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | | DATE | AMOUNT |
|---|---|---|---|
| 165532 PINNBANK TRANSFER TO PINNBUSINESS<br>AT 16:30 | '801 ON 5/13/13 | 05/13 | 1,573.00 |
| 326978 PINNBANK TRANSFER TO PINNBUSINESS<br>AT 8:47 | '801 ON 5/14/13 | 05/14 | 237.54 |
| 190271 PINNBANK TRANSFER TO PINNCHECK FREE<br>5/16/13 AT 14:05 | 7701 ON | 05/16 | 500.00 |
| 613288 PINNBANK TRANSFER TO PINNCHECK FREE<br>5/17/13 AT 16:49 | '7701 ON | 05/17 | 200.00 |
| 561522 PINNBANK TRANSFER TO PINNBUSINESS<br>AT 14:18 | 301 ON 5/17/13 | 05/17 | 1,219.00 |
| CTL 8002441111 TELEPHONE 3075275052093 | | 05/20 | 171.80 |
| 109087 PINNBANK TRANSFER TO PINNCHECK FREE<br>5/20/13 AT 18:17 | 701 ON | 05/20 | 200.00 |
| 305006 PINNBANK TRANSFER TO PINNBUSINESS<br>AT 9:24 | 01 ON 5/20/13 | 05/20 | 789.00 |
| 368097 PINNBANK TRANSFER TO PINNCHECK FREE<br>5/21/13 AT 13:36 | '01 ON | 05/21 | 40.00 |
| 337505 PINNBANK TRANSFER TO PINNCHECK FREE<br>5/21/13 AT 12:14 | '701 ON | 05/21 | 50.00 |
| 460113 PINNBANK TRANSFER TO PINNBUSINESS<br>AT 18:16 | 01 ON 5/21/13 | 05/21 | 2,555.00 |
| 059697 PINNBANK TRANSFER TO PINNCHECK FREE<br>5/22/13 AT 8:20 | '01 ON | 05/22 | 1,650.00 |
| 602136 PINNBANK TRANSFER TO PINNCHECK FREE<br>5/23/13 AT 17:34 | 01 ON | 05/23 | 20.00 |
| 268788 PINNBANK TRANSFER TO PINNCHECK FREE<br>5/24/13 AT 16:36 | '701 ON | 05/24 | 140.00 |
| 118796 PINNBANK TRANSFER TO PINNBUSINESS<br>AT 10:15 | '801 ON 5/24/13 | 05/24 | 658.00 |

* * * C O N T I N U E D * * *

PINNACLE BANK
PO BOX 147
FORT LUPTON CO 80621-0147

016 00006 03
ACCOUNT:
DOCUMENTS:

PAGE: 3
XXXXXX5701 05/31/2013
24

TELEPHONE:111-111-1111

SUBWAYS OF CODY WYOMING
DEBTOR IN POSSESSION #13-20436

PINNBUSINESS ACCOUNT XXXXXX5701

- - - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | | DATE | AMOUNT |
|---|---|---|---|
| 006086 PINNBANK TRANSFER TO PINNCHECK FREE 5/28/13 AT 9:18 | 701 ON | 05/28 | 20.00 |
| 236890 PINNBANK TRANSFER TO PINNCHECK FREE 5/28/13 AT 18:32 | '01 ON | 05/28 | 40.00 |
| 089887 PINNBANK TRANSFER TO PINNCHECK FREE 5/28/13 AT 12:04 | '701 ON | 05/28 | 200.00 |
| 444232 PINNBANK TRANSFER TO PINNCHECK FREE 5/25/13 AT 12:03 | '01 ON | 05/28 | 300.00 |
| 778495 PINNBANK TRANSFER TO PINNCHECK FREE 5/27/13 AT 11:04 | 701 ON | 05/28 | 1,300.00 |
| 005583 PINNBANK TRANSFER TO PINNBUSINESS AT 9:17 | 01 ON 5/28/13 | 05/28 | 1,320.00 |
| 375195 PINNBANK TRANSFER TO PINNCHECK FREE 5/29/13 AT 9:03 | 01 ON | 05/29 | 820.00 |
| 767301 PINNBANK TRANSFER TO PINNCHECK FREE 5/30/13 AT 10:07 | 01 ON | 05/30 | 245.00 |
| 385651 PINNBANK TRANSFER TO PINNCHECK FREE 5/31/13 AT 18:31 | 701 ON | 05/31 | 100.00 |
| 385575 PINNBANK TRANSFER TO PINNBUSINESS AT 18:31 | 01 ON 5/31/13 | 05/31 | 1,920.50 |

- - - - - - - DAILY BALANCE - - - - - - -

| DATE...........BALANCE | | DATE...........BALANCE | | DATE...........BALANCE | |
|---|---|---|---|---|---|
| 05/13 | 721.93 | 05/20 | 1,767.60 | 05/28 | 4,099.44 |
| 05/14 | 484.39 | 05/21 | 1,776.32 | 05/29 | 31.07 |
| 05/15 | 2,748.29 | 05/22 | 1,141.32 | 05/30 | 498.44 |
| 05/16 | 648.29 | 05/23 | 1,121.32 | 05/31 | 2,206.29 |
| 05/17 | 1,017.92 | 05/24 | 4,969.19 | | |



```
           PINNACLE BANK                                              PAGE:    1
           PO BOX 147              016 00006 03
           FORT LUPTON CO 80621-0147   ACCOUNT:        XXXXXX7801  05/31/2013
                                    DOCUMENTS:              13
```

```
           TELEPHONE:111-111-1111
```

```
           SUBWAYS OF CODY LLC                          30
           13 STONE SHEEP CIRCLE                           5
           POWELL WY  82435                                8
```

```
   PINNACLE BANK
   PO BOX 218                        TELEPHONE:307-527-7186
   CODY, WY 82414-0218
```

Pinnacle Bank's Cash Management Services and Technology Products are
designed to help your business control, concentrate, distribute and
invest funds in the most effective way possible. Our customized business
tools include online banking, online bill pay, electronic statements,
merchant processing, remote deposit capture and positive pay.
Contact your local branch to learn more about these or any of our
convenient and secure cash management services.

## PINNBUSINESS ACCOUNT XXXXXX7801

```
MINIMUM BALANCE                               LAST STATEMENT 04/30/13         196.66
AVG AVAILABLE BALANCE          1,976.54-         68 CREDITS              56,278.45
                                 321.56          80 DEBITS              56,475.04
                                              THIS STATEMENT 05/31/13         .07
```

- - - - - - - DEPOSITS - - - - - - - -

| REF #.....DATE.......AMOUNT | REF #.....DATE.......AMOUNT | REF #.....DATE.......AMOUNT |
|---|---|---|
| 05/01        726.14 | 05/06      1,772.55 | |
| 05/03      1,390.47 | 05/10      3,992.90 | |

- - - - - - OTHER CREDITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| DEPOSIT CORRECTION CREDIT | 05/01 | .05 |
| CRED CARD BA Merchant Sv. 000147879129ID:255000000361154 | 05/02 | 397.61 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000147846388ID:255000000111377 | 05/02 | 515.30 |
| NAME:SUBWAY 11137 00 | | |
| CRED CARD BA Merchant Sv. 000147993728ID:255000000361154 | 05/03 | 442.12 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000147980713ID:255000000111377 | 05/03 | 562.80 |
| NAME:SUBWAY 11137 00 | | |

* * * C O N T I N U E D * * *

PINNACLE BANK
PO BOX 147
FORT LUPTON CO 80621-0147

016 00006 03
ACCOUNT:        XXXXXX7801
DOCUMENTS:      13

PAGE:    2
05/31/2013

TELEPHONE:111-111-1111

SUBWAYS OF CODY LLC

```
==========================================================================
                   PINNBUSINESS ACCOUNT XXXXXX7801
==========================================================================
          - - - - - - OTHER CREDITS - - - - - - -
```

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| SUBWAY CARD PROG SBWYCRDPRG 36115-0 | 05/06 | 30.28 |
| SUBWAY CARD PROG SBWYCRDPRG 11137-0 | 05/06 | 149.19 |
| CRED CARD BA Merchant Sv. 000148074483ID:255000000361154 | 05/06 | 353.09 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000148061316ID:255000000111377 | 05/06 | 638.89 |
| NAME:SUBWAY 11137 00 | | |
| CRED CARD BA Merchant Sv. 000148150228ID:255000000361154 | 05/07 | 1,141.32 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000148138937ID:255000000111377 | 05/07 | 2,186.46 |
| NAME:SUBWAY 11137 00 | | |
| CRED CARD BA Merchant Sv. 000148245387ID:255000000361154 | 05/08 | 388.34 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000148232400ID:255000000111377 | 05/08 | 881.49 |
| NAME:SUBWAY 11137 00 | | |
| CRED CARD BA Merchant Sv. 000148318143ID:255000000361154 | 05/09 | 250.16 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000148304644ID:255000000111377 | 05/09 | 676.00 |
| NAME:SUBWAY 11137 00 | | |
| CRED CARD BA Merchant Sv. 000148404989ID:255000000361154 | 05/10 | 469.87 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000148392750ID:255000000111377 | 05/10 | 928.71 |
| NAME:SUBWAY 11137 00 | | |
| SUBWAY CARD PROG SBWYCRDPRG 11137-0 | 05/13 | 1.27 |
| SUBWAY CARD PROG SBWYCRDPRG 36115-0 | 05/13 | 53.79 |
| CRED CARD BA Merchant Sv. 000148466867ID:255000000361154 | 05/13 | 423.64 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000148453422ID:255000000111377 | 05/13 | 873.05 |
| NAME:SUBWAY 11137 00 | | |
| 165532 PINNBANK TRANSFER FROM PINNBUSINESS :     01 ON | 05/13 | 1,573.00 |
| 5/13/13 AT 16:30 | | |
| SYSCO MONTANA, I Payment 496794512889 | 05/14 | 14.98 |
| 326978 PINNBANK TRANSFER FROM PINNBUSINESS     )1 ON | 05/14 | 237.54 |
| 5/14/13 AT 8:47 | | |
| CRED CARD BA Merchant Sv. 000148537921ID:255000000361154 | 05/14 | 1,074.51 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000148526468ID:255000000111377 | 05/14 | 2,316.95 |
| NAME:SUBWAY 11137 00 | | |
| CRED CARD BA Merchant Sv. 000148628214ID:255000000361154 | 05/15 | 408.76 |
| NAME:SUBWAY 36115 00 | | |

* * * C O N T I N U E D * * *

```
PINNACLE BANK                    016 00006 03                    PAGE:    3
PO BOX 147                       ACCOUNT:                        05/31/2013
FORT LUPTON CO 80621-0147        DOCUMENTS:        XXXXXX7801
                                                   13

TELEPHONE:111-111-1111
```

SUBWAYS OF CODY LLC

```
========================================================================
                  PINNBUSINESS ACCOUNT XXXXXX7801
========================================================================
               - - - - - - OTHER CREDITS - - - - - - -
```

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| CRED CARD BA Merchant Sv. 000148613653ID:255000000111377 | 05/15 | 578.49 |
| NAME:SUBWAY 11137 00 | | |
| SYSCO MONTANA, I Payment 496794512889 | 05/16 | 50.00 |
| SYSCO MONTANA, I Payment 496794512897 | 05/16 | 50.00 |
| CRED CARD BA Merchant Sv. 000148722501ID:255000000361154 | 05/16 | 383.38 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000148710176ID:255000000111377 | 05/16 | 706.82 |
| NAME:SUBWAY 11137 00 | | |
| CRED CARD BA Merchant Sv. 000148795029ID:255000000361154 | 05/17 | 333.89 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000148783329ID:255000000111377 | 05/17 | 872.94 |
| NAME:SUBWAY 11137 00 | | |
| 561522 PINNBANK TRANSFER FROM PINNBUSINESS       01 ON | 05/17 | 1,219.00 |
| 5/17/13 AT 14:18 | | |
| SUBWAY CARD PROG SBWYCRDPRG 36115-0 | 05/20 | 79.13 |
| SUBWAY CARD PROG SBWYCRDPRG 11137-0 | 05/20 | 231.78 |
| CRED CARD BA Merchant Sv. 000148906572ID:255000000361154 | 05/20 | 463.77 |
| NAME:SUBWAY 36115 00 | | |
| 305006 PINNBANK TRANSFER FROM PINNBUSINESS       01 ON | 05/20 | 789.00 |
| 5/20/13 AT 9:24 | | |
| CRED CARD BA Merchant Sv. 000148929501ID:255000000111377 | 05/20 | 877.37 |
| NAME:SUBWAY 11137 00 | | |
| CRED CARD BA Merchant Sv. 000148977180ID:255000000361154 | 05/21 | 1,326.05 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000148966393ID:255000000111377 | 05/21 | 1,846.71 |
| NAME:SUBWAY 11137 00 | | |
| 460113 PINNBANK TRANSFER FROM PINNBUSINESS       01 ON | 05/21 | 2,555.00 |
| 5/21/13 AT 18:16 | | |
| CRED CARD BA Merchant Sv. 000149075011ID:255000000361154 | 05/22 | 465.21 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000149062838ID:255000000111377 | 05/22 | 551.69 |
| NAME:SUBWAY 11137 00 | | |
| CRED CARD BA Merchant Sv. 000149137380ID:255000000361154 | 05/23 | 400.59 |
| NAME:SUBWAY 36115 00 | | |
| CRED CARD BA Merchant Sv. 000149124542ID:255000000111377 | 05/23 | 635.05 |
| NAME:SUBWAY 11137 00 | | |
| CRED CARD BA Merchant Sv. 000149237000ID:255000000361154 | 05/24 | 445.60 |
| NAME:SUBWAY 36115 00 | | |
| 118796 PINNBANK TRANSFER FROM PINNBUSINESS       701 ON | 05/24 | 658.00 |
| 5/24/13 AT 10:15 | | |

```
                   * * * C O N T I N U E D * * *
```

```
PINNACLE BANK                016 00006 03              PAGE:    4
PO BOX 147                   ACCOUNT:                   05/31/2013
FORT LUPTON CO 90621-0147    DOCUMENTS:   XXXXXX7801
                                                  13
```

TELEPHONE:111-111-1111

SUBWAYS OF CODY LLC

```
==================================================================
                  PINNBUSINESS ACCOUNT XXXXXX7801
==================================================================
- - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                        DATE      AMOUNT
CRED CARD BA Merchant Sv. 000149223724ID:255000000111377
   NAME:SUBWAY 11137 00                           05/24      795.30
RETURNED CHECK# 1111, INSUFFICIENT FUNDS          05/24    3,000.00
SUBWAY CARD PROG SBWYCRDPRG 11137-0               05/28       80.80
CRED CARD BA Merchant Sv. 000149367976ID:255000000361154
   NAME:SUBWAY 36115 00                           05/28      588.94
CRED CARD BA Merchant Sv. 000149355068ID:255000000111377
   NAME:SUBWAY 11137 00                           05/28      677.72
005583 PINNBANK TRANSFER FROM PINNBUSINESS   01 ON 05/28   1,320.00
   5/28/13 AT 9:17
SYSCO MONTANA, I Payment 496794512897             05/29       62.28
CRED CARD BA Merchant Sv. 000149440236ID:255000000361154
   NAME:SUBWAY 36115 00                           05/29    2,475.03
CRED CARD BA Merchant Sv. 000149429192ID:255000000111377
   NAME:SUBWAY 11137 00                           05/29    2,847.64
SYSCO MONTANA, I Payment 496794512889             05/30       14.73
CRED CARD BA Merchant Sv. 000149529912ID:255000000361154
   NAME:SUBWAY 36115 00                           05/30      452.13
CRED CARD BA Merchant Sv. 000149517354ID:255000000111377
   NAME:SUBWAY 11137 00                           05/30      629.76
CRED CARD BA Merchant Sv. 000148263170ID:255000000361154
   NAME:SUBWAY 36115 00                           05/31      396.72
CRED CARD BA Merchant Sv. 000148382442ID:255000000111377
   NAME:SUBWAY 11137 00                           05/31      626.20
385575 PINNBANK TRANSFER FROM PINNBUSINESS   01 ON 05/31   1,820.50
   5/31/13 AT 18:31

- - - - - - - - CHECKS - - - - - - - -
CHECK #..DATE.....AMOUNT  CHECK #..DATE.....AMOUNT  CHECK #..DATE.....AMOUNT
  *05/03     135.24         *05/08   1,000.00       1003*05/09     200.00
   05/03     500.00         *05/10   5,838.85       1111 05/23   3,000.00
  *05/03   1,046.32         *05/16   1,000.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                        DATE      AMOUNT
XX9500 VISA PURCHASE MAVERICK COUNTRY STORE CODY WY 05/01     45.06
   MAVERICK COUNTRY ST
                   * * * C O N T I N U E D * * *
```

```
PINNACLE BANK                    016 00006 03                    PAGE:      5
PO BOX 147                       ACCOUNT:                        05/31/2013
FORT LUPTON CO 80621-0147        DOCUMENTS:        XXXXXX7801
                                                   13
```

TELEPHONE:111-111-1111

SUBWAYS OF CODY LLC

```
================================================================
                PINNBUSINESS ACCOUNT XXXXXX7801
================================================================
- - - - - - - - - - OTHER DEBITS - - - - - - - - - -
DESCRIPTION                                          DATE        AMOUNT
CRED CARD BA Merchant Sv. 00014609011BID:255000000361154   05/01   167.74
    NAME:SUBWAY 36115 00
CRED CARD BA Merchant Sv. 00014607080BID:255000000111377   05/01   180.16
    NAME:SUBWAY 11137 00
409449 PINNBANK TRANSFER TO PINNCHECK FREE        701 ON   05/01   510.00
    5/01/13 AT 15:10
XX9500 VISA PURCHASE ALBERTSONS CODY WY ALBERTSONS         05/02    15.09
    312120720021
SYSCO MONTANA, I Payment 496794512889              05/02    59.95
SYSCO MONTANA, I Payment 496794512897              05/02    87.76
XX9500 VISA PURCHASE PROBUILD N #922 CODY WY PROBUILD N    05/03     2.79
    #922
XX9500 VISA PURCHASE MAVERICK COUNTRY STORE CODY WY        05/03    80.97
    MAVERICK COUNTRY ST
XX9500 VISA PURCHASE PROBUILD N #922 CODY WY PROBUILD N    05/03    97.12
    #922
XX9500 VISA PURCHASE TACO JOHNS CODY CODY WY TACO JOHNS    05/06    16.74
    CODY
XX9500 VISA PURCHASE OLIVE GLENN COUNTRY CLUB CODY WY OLIVE 05/06   35.70
    GLENN COUNT
XX9500 VISA PURCHASE THE UPS STORE 2394 CODY WY THE UPS    05/06    36.66
    STORE 2394
XX9500 VISA PURCHASE CODY ACE HARDWARE CODY WY CODY ACE    05/06    81.39
    HARDWARE
XX9500 VISA PURCHASE WAL-MART #1778 CODY WY WAL-MART #1778 05/06    95.60
FAF PREAUT PMT 36115S                             05/06   268.79
426931 PINNBANK TRANSFER TO PINNCHECK FREE        701 ON   05/06   360.00
    5/04/13 AT 13:00
FAF PREAUT PMT 11137S
DOCTORSASSOCINC ROYALTIES 36115S                  05/06   449.83
DOCTORSASSOCINC ROYALTIES 11137S                  05/06   788.46
SYSCO MONTANA, I Payment 496794512889             05/06   800.73
SYSCO MONTANA, I Payment 496794512897             05/06 1,076.70
NSF PAID ITEM(S) FEE                              05/06 1,161.60
SYSCO MONTANA, I Payment 496794512897             05/07    28.00
SYSCO MONTANA, I Payment 496794512889             05/07 1,132.78
XX9500 VISA PURCHASE MCDONALD'S F6770 CODY WY MCDONALD'S   05/07 1,370.20
    F6770
XX9500 VISA PURCHASE MAVERIK CNTRY STRE 202 CODY WY MAVERIK 05/09   14.30
    CNTRY STRE                                    05/10    92.06
                      * * * C O N T I N U E D * * *
```

PINNACLE BANK
PO BOX 147
FORT LUPTON CO 80621-0147

016 00006 03
ACCOUNT:
DOCUMENTS:

PAGE:   6
XXXXXX7801   05/31/2013
13

TELEPHONE:111-111-1111

SUBWAYS OF CODY LLC

PINNBUSINESS ACCOUNT XXXXXX7801

- - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| SYSCO MONTANA, I Payment 496794512897 | 05/13 | 208.17 |
| SYSCO MONTANA, I Payment 496794512889 | 05/13 | 217.00 |
| FAF PREAUT PMT  .58 | 05/13 | 292.20 |
| XX9500 VISA PURCHASE BRESNAN 877-273-7626 NY BRESNAN | 05/13 | 377.35 |
| 313226004037 | | |
| FAF PREAUT PMT 11137S | | |
| DOCTORSASSOCINC ROYALTIES 36115S | 05/13 | 494.40 |
| DOCTORSASSOCINC ROYALTIES 11137S | 05/13 | 829.39 |
| SYSCO MONTANA, I Payment 496794512897 | 05/13 | 879.97 |
| SYSCO MONTANA, I Payment 496794512889 | 05/14 | 1,480.11 |
| CRED CARD BA Merchant Sv. 000148838769ID:255000000111377 | 05/14 | 2,163.95 |
| NAME:SUBWAY 11137 00 | 05/17 | 3.55 |
| CRED CARD BA Merchant Sv. 000148838773ID:255000000361154 | | |
| NAME:SUBWAY 36115 00 | 05/17 | 4.01 |
| XX9500 VISA PURCHASE WAL-MART #4412 LAUREL MT WAL-MART | 05/17 | 16.27 |
| #4412 | | |
| XX9500 VISA PURCHASE TACO BELL #18006 BILLINGS MT TACO BELL | 05/17 | 18.42 |
| #18006 | | |
| XX9500 VISA PURCHASE SPORTS AUTHORI00004507 BILLINGS MT | 05/17 | 45.99 |
| SPORTS AUTHORIO | | |
| XX9500 VISA PURCHASE EXXONMOBIL 45960374 LAUREL MT | 05/17 | 47.65 |
| EXXONMOBIL 45960374 | | |
| SYSCO MONTANA, I Payment 496794512897 | 05/17 | 1,615.16 |
| SYSCO MONTANA, I Payment 496794512889 | 05/17 | 1,851.82 |
| FAF PREAUT PMT 36115S | 05/20 | 298.72 |
| FAF PREAUT PMT 11137S | 05/20 | 471.85 |
| DOCTORSASSOCINC ROYALTIES 36115S | 05/20 | 830.22 |
| DOCTORSASSOCINC ROYALTIES 11137S | 05/20 | 839.88 |
| SYSCO MONTANA, I Payment 496794512897 | 05/21 | 1,129.47 |
| SYSCO MONTANA, I Payment 496794512889 | 05/21 | 1,426.30 |
| SYSCO MONTANA, I Payment 496794512897 | 05/21 | 1,565.73 |
| 059919 PINNBANK TRANSFER TO PINNBUSINESS  701 ON 5/22/13 | 05/21 | 1,606.13 |
| AT 8:21 | 05/22 | 1,015.00 |
| CRED CARD BA Merchant Sv. 000149137381ID:255000000361154 | | |
| NAME:SUBWAY 36115 00 | 05/23 | 5.82 |
| CRED CARD BA Merchant Sv. 000149174863ID:255000000111377 | | |
| NAME:SUBWAY 11137 00 | 05/23 | 9.18 |
| CRED CARD BA Merchant Sv. 000149266829ID:255000000361154 | | |
| NAME:SUBWAY 36115 00 | 05/24 | 16.91 |

* * * C O N T I N U E D * * *

PINNACLE BANK
PO BOX 147
FORT LUPTON CO 80621-0147

016 0C006 03
ACCOUNT:
DOCUMENTS:

XXXXXX7801
13

PAGE:     7
05/31/2013

TELEPHONE:111-111-1111

SUBWAYS OF CODY LLC

```
==================================================================
                 PINNBUSINESS ACCOUNT XXXXXX7801
==================================================================
- - - - - - - - OTHER DEBITS - - - - - - -
```

| DESCRIPTION | | DATE | AMOUNT |
|---|---|---|---|
| CRED CARD BA Merchant Sv. 000149256379ID:255000000111377 | | 05/24 | 22.57 |
| NAME:SUBWAY 11137 00 | | | |
| NSF RETURNED ITEM(S) FEE | | | |
| SYSCO MONTANA, I Payment 496794512897 | | 05/24 | 28.00 |
| SYSCO MONTANA, I Payment 496794512889 | | 05/24 | 1,265.15 |
| SUBWAY CARD PROG SBWYCRDPRG 36115-0 | | 05/24 | 1,589.12 |
| FAF PREAUT PMT 36115S | | 05/28 | 25.98 |
| FAF PREAUT PMT 11137S | | 05/28 | 354.67 |
| DOCTORSASSOCINC ROYALTIES 11137S | | 05/28 | 489.67 |
| DOCTORSASSOCINC ROYALTIES 36115S | | 05/28 | 867.49 |
| 374843 PINNBANK TRANSFER TO PINNBUSINESS | 701 ON 5/29/13 | 05/29 | 929.70 |
| AT 9:02 | | 05/29 | 800.00 |
| SYSCO MONTANA, I Payment 496794512889 | | | |
| SYSCO MONTANA, I Payment 496794512897 | | 05/29 | 2,195.99 |
| 767169 PINNBANK TRANSFER TO PINNBUSINESS | 701 ON 5/30/13 | 05/29 | 2,388.30 |
| AT 10:07 | | 05/30 | 1,097.00 |
| SYSCO MONTANA, I Payment 496794512897 | | | |
| SYSCO MONTANA, I Payment 496794512889 | | 05/31 | 1,376.21 |
| CHECK # 2 - STOP ITEM CHARGE(S) | | 05/31 | 1,467.98 |
| | | 05/10 | 40.00 |

```
- - - - - - DAILY BALANCE - - - - - - -
```

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05/01 | 19.89 | 05/13 | | 05/23 | 1,976.54- |
| 05/02 | 770.00 | 05/14 | .08 | 05/24 | .61 |
| 05/03 | 1,502.95 | 05/15 | .00 | 05/28 | .56 |
| 05/06 | 725.25- | 05/16 | 987.25 | 05/29 | 1.22 |
| 05/07 | 71.55 | 05/17 | 1,177.45 | 05/30 | .84 |
| 05/08 | 341.38 | 05/20 | .41 | 05/31 | .07 |
| 05/09 | 1,053.24 | 05/21 | .79 | | |
| 05/10 | 373.81 | 05/22 | .92 | | |
| | | | 2.82 | | |



```
PINNACLE BANK                    016 00006 03              PAGE:    1
PO BOX 147                       ACCOUNT:      XXXXXX4301  05/31/2013
FORT LUPTON CO 80621-0147        DOCUMENTS:              0
```

TELEPHONE:111-111-1111

```
SUBWAYS OF CODY LLC
SALES TAX                                            30
13 STONE SHEEP CIRCLE                                     0
POWELL WY  82435                                          0
```

```
PINNACLE BANK
PO BOX 218                       TELEPHONE:307-527-7186
CODY, WY 82414-0218
```

Pinnacle Bank's Cash Management Services and Technology Products are designed to help your business control, concentrate, distribute and invest funds in the most effective way possible. Our customized business tools include online banking, online bill pay, electronic statements, merchant processing, remote deposit capture and positive pay. Contact your local branch to learn more about these or any of our convenient and secure cash management services.

FREE BUSINESS CHECK ACCOUNT XXXXXX4301

```
MINIMUM BALANCE              5.00    LAST STATEMENT 04/30/13        5.00
AVG AVAILABLE BALANCE        5.00           CREDITS                  .00
                                            DEBITS                   .00
                                     THIS STATEMENT 05/31/13        5.00
```



**Big Horn Federal**

Greybull, Powell, Thermopolis, Cody, Worland, Lovell
P.O. Box 471 • 33 North 6th Street, Greybull, WY 82426
Ph: (307) 765-4412 • Ph: 1-800-927-7556 • FAX (307) 765-2056

```
T & S RESTAURANT
DBA  SUBWAY OF WYOMING
13 STONE SHEEP CIRCLE
POWELL WY  82435-5600
```

```
        SUMMARY OF YOUR ACTIVITY
STATEMENT DATE          MAY 31 13
STATEMENT NUMBER           ...713
BEGINNING BALANCE        28572.580D
DEPOSIT AMOUNT      +       200.00
WITHDRAWAL AMOUNT  -           .00
SERVICE CHARGE     -           .00

ENDING BALANCE     =     28372.580D
```

```
CHECKING
ACTIVITY BEGINNING         MAY 01 13    WITHDRAWALS    DEPOSITS    BALANCE SUMMARY
MAY 08  TRANSFER FROM SAV WEEKLY PYMT                  200.00    $   28572.580D
THE AVERAGE BALANCE FOR   .713   IN THIS STATEMENT PERIOD WAS  $   $   28372.580D
                                                            28417.7400
```

```
            SUMMARY OF YOUR DEPOSIT ACCOUNTS
    ACCOUNT        ACCOUNT      ACCOUNT       MATURITY
  DESCRIPTION      NUMBER       BALANCE        DATE

CHECKING            713     $   28,372.580D

TOTAL OF YOUR DEPOSIT ACCOUNTS  $   28,372.580D
```

www.bighornfederal.com

Big Horn Federal

## Previous Statement Transactions on STATEMENT SAVINGS ****3431 $696.55 as of June 19, 2013

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 05/06/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 13.51 | 50.90 |
| 05/06/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 9.81 | 60.71 |
| 05/06/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 26.71 | 87.42 |
| 05/06/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 12.75 | 100.17 |
| 05/07/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 42.04 | 142.21 |
| 05/07/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 38.92 | 181.13 |
| 05/08/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 6.07 | 187.20 |
| 05/08/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 17.71 | 204.91 |
| 05/08/2013 | TRANSFER TO CK WEEKLY PYMT | 200.00 | | 4.91 |
| 05/09/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 7.03 | 11.94 |
| 05/10/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 5.77 | 17.71 |
| 05/10/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 6.42 | 24.13 |
| 05/13/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 16.68 | 40.81 |
| 05/13/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 57.12 | 97.93 |
| 05/13/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 19.79 | 117.72 |
| 05/15/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 17.91 | 135.63 |
| 05/15/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 5.31 | 140.94 |
| 05/16/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 14.75 | 155.69 |
| 05/16/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 31.12 | 186.81 |
| 05/17/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 10.98 | 197.79 |
| 05/20/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 25.60 | 223.39 |
| 05/20/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 17.71 | 241.10 |
| 05/20/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 19.38 | 260.48 |
| 05/20/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 16.04 | 276.52 |
| 05/21/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 13.36 | 289.88 |
| 05/21/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 16.55 | 306.43 |
| 05/22/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 39.54 | 345.97 |
| 05/22/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 230.77 | 576.74 |
| 05/23/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 20.10 | 596.84 |
| 05/24/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 9.46 | 606.30 |
| 05/24/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 10.78 | 617.08 |
| 05/28/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 30.21 | 647.29 |
| 05/28/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 46.04 | 693.33 |
| 05/28/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 20.38 | 713.71 |
| 05/28/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 36.43 | 750.14 |
| 05/28/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 19.43 | 769.57 |
| 05/29/2013 | CNA ACH PREM-PYMT CCD | 206.67 | | 830.81 |
| 05/29/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | | 624.14 |
| 05/29/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 11.99 | 636.13 |
| 05/30/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 35.61 | 671.74 |
| 05/30/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 110.00 | 781.74 |
| 05/31/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 84.00 | 865.74 |
| 05/31/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 20.46 | 886.20 |
| 06/03/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 12.80 | 899.00 |
| 06/03/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 47.33 | 946.33 |
| 06/03/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 20.38 | 966.71 |
| 06/03/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 35.85 | 1,002.56 |
| 06/04/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 35.70 | 1,038.26 |
| 06/04/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 14.49 | 1,052.75 |
| 06/05/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 33.85 | 1,086.60 |
| 06/05/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 31.07 | 1,117.67 |
| 06/06/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 15.93 | 1,133.60 |
| 06/06/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 15.53 | 1,149.13 |
| 06/07/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 6.07 | 1,155.20 |
| 06/07/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 105.19 | 1,260.39 |
| 06/10/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 35.97 | 1,296.36 |
| 06/10/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 5.06 | 1,301.42 |
| 06/10/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 70.54 | 1,371.96 |
| 06/10/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 77.45 | 1,449.41 |
| 06/11/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 22.26 | 1,471.67 |
| 06/11/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 19.83 | 1,491.50 |
| 06/11/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 29.81 | 1,521.31 |

Big Horn Federal

| Date | Description | | | |
|------|-------------|---|---|---|
| 06/12/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 95.72 | 1,617.03 |
| 06/12/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 46.96 | 1,663.99 |
| 06/12/2013 | WITHDRAWAL CODY | 1,662.99 | | 1.00 |
| 06/13/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 49.99 | 50.99 |
| 06/14/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 74.58 | 125.57 |
| 06/17/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 68.72 | 194.29 |
| 06/17/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 54.71 | 249.00 |
| 06/17/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 129.73 | 378.73 |
| 06/18/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 86.86 | 465.59 |
| 06/19/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 43.72 | 509.31 |
| 06/19/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 128.72 | 638.03 |
| 06/19/2013 | AMERICAN EXPRESS SETTLEMENT CCD | | 58.52 | 696.55 |