CHRISTOPHER A. CROFTS
United States Attorney
NICHOLAS VASSALLO
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2123

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| T&S RESTAURANTS | ) | Case No. 13-20436 |
| dba SUBWAYS OF CODY, WYOMING | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## AMENDED MOTION OF IRS FOR ORDER DISMISSING CASE OR CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7

The United States of America, by and through the United States Attorney for the District of Wyoming and Assistant United States Attorney Nicholas Vassallo, on behalf of its agency, the Internal Revenue Service (IRS), moves this Court for an order dismissing this case or, in the alternative, converting this case to Chapter 7 of the Bankruptcy Code. The grounds for this motion are the following:

1. The Debtor filed for relief under Chapter 11 on May 8, 2013. The Debtor has not filed a Chapter 11 Plan.

1

2.  The Debtor has failed to file a Form 941 for the third quarter of 2013 and has failed to make federal tax deposits for that quarter. In addition, the Debtor has not filed a monthly financial report since August 2013.

3.  Dismissal or conversion of Chapter 11 cases is governed by 11 U.S.C. § 1112(b), which states in relevant part:

> Except as provided in paragraph (2) and subsection (c), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause . . . .

4.  "Cause" includes "failure to timely pay taxes owed after the date of the order for relief or to file tax returns due after the date of the order for relief." 11 U.S.C. § 1112(b)(4)(I).

For the foregoing reasons, IRS respectfully requests that this Court enter an order dismissing this case or converting it to a case under Chapter 7.

2

Respectfully submitted this 6th day of January, 2014.

                            CHRISTOPHER A. CROFTS
                            United States Attorney

By: _____
                            NICHOLAS VASSALLO
                            Assistant United States Attorney

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing **IRS' AMENDED MOTION FOR ORDER DISMISSING CASE OR CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7** has been served upon the following in the manner indicated below on January 6, 2014:

| | |
|---|---|
| U.S. Trustee<br>308 West 21st Street, 2nd Floor<br>Cheyenne, WY 82001 | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[X] By Electronic Filing |
| Susan Lathrop<br>Internal Revenue Service<br>211 East 7th Street, Suite 301<br>Eugene, OR 97401 | [X] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Electronic Filing |
| All on the attached matrix | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Electronic Filing |

_/s/ Becki Hunter_
BECKI HUNTER
United States Attorney's Office

4

| | | |
|---|---|---|
| T&S Restaurants<br>13 Stone Sheep Circle<br>Powell WY  83435 | Ken McCartney<br>The Law Offices of Ken McCartney<br>P.O. Box 1364<br>Cheyenne WY  82003-1364 | Doctor's Associates, Inc.<br>Dray Dyekman Reed & Healey PC<br>Gregory C Dyekman<br>204 East 22nd Street<br>Cheyenne WY  82001-3729 |
| Big Horn Federal Credit Union<br>1701 Stampede Avenue<br>Cody WY  82414-4818 | Circuit Court of Park County<br>1002 Sheridan Avenue  Rm 206<br>Cody WY  82414-3549 | Doctor's Associates Inc.<br>Franchise World Headquarters LLC<br>325 BIC Drive<br>Milford CT  06461-3072 |
| Ashlee Torgerson<br>2313B Central Avenue<br>Cody WY  82414-9498 | Eagle Cliff Ranch Trust<br>4211 Ford Road<br>Billings MT  59101-7147 | Freedom Foods<br>P.O. Box 385<br>Mills WY  82644-0385 |
| IRS<br>P.O. Box 7346<br>Philadelphia PA  19101-7346 | Jay Torgerson<br>2313B Central Avenue<br>Cody WY  82414-9498 | Katherine Savage<br>13 Stone Sheep Circle<br>Powell WY  82435-5600 |
| Montana Dept of Revenue<br>P.O. Box 6309<br>Helena MT  59604-6309 | Montana Dept of Revenue<br>Attn: Kim Davis<br>PO Box 7701<br>Helena MT  59604-7701 | Park County Assessors<br>1002 Sheridan<br>Cody WY  82414-3598 |
| State of Wyoming<br>Dept of Revenue, Sales Tax Division<br>122 West 25th Street 2-West<br>Cheyenne WY  82002-0001 | State of Wyoming<br>Department of Workforce Services<br>122 West 25th Street E #2<br>Cheyenne WY 82002-0001 | State of Wyoming<br>Department of Revenue<br>122 West 25th Street<br>Cheyenne WY  82002-0110 |
| Subway Franchise Advertising Fund Trust<br>Franchise World Headquarters, LLC<br>325 BIC Drive<br>Milford CT  06461-3072 | Twin Towers Trading Site Mgmt<br>5 Shaw's Cove, Suite 203<br>New London CT  06320-4974 | Wilder Enterprises<br>902 Rumsey<br>Cody WY  82414-3520 |
| Wilder Enterprises<br>P.O. Box 813<br>Cody WY  82414-0813 | | |

5